IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No.: 1:18-cv-369<br>) |
| KENNETH R. JACKSON and<br>WILMA S. JACKSON | )<br>)<br>) |
| Defendants. | )<br>) |

## OPINION AND ORDER

This diversity action, brought pursuant to the Declaratory Judgments Act, 28 U.S.C. §2201, seeks a determination of whether and to what extent Plaintiff, Allstate Insurance Company ("Allstate") owes coverage to the Defendants, Kenneth and Wilma Jackson (collectively, "the Jacksons") under a Deluxe Homeowners Policy of Insurance issued by Allstate to the Jacksons insuring their residence. On November 28, 2018, Defendants filed a Motion to Dismiss Plaintiff's Complaint [DE 7] asserting that this Court should abstain from hearing Allstate's claim due to a pending state law proceeding. On February 4, 2018, the undersigned took the Motion to Dismiss under advisement and ordered supplemental briefing on the Motion. [DE 10]. Thereafter, on March 27, 2019, Allstate filed a Motion to Amend its Complaint adding a count of fraud to its original declaratory judgment action. [DE 14]. The Magistrate Judge granted that motion on April 23, 2019 [DE 15] and the Amended Complaint was formally filed on April 29, 2019. [DE17].

"Under normal circumstances, the filing of an amended complaint renders moot any pending motion to dismiss." *Aqua Fin., Inc. v. Harvest King, Inc.*, No. 07-cv-015, 2007 WL 5404939, at *1 (W.D. Wis. Mar. 12, 2007). Accordingly, the filing of Allstate's Amended Complaint in this case moots Defendants' Motion to Dismiss. Thus, the Motion to Dismiss [DE

7] is DENIED. However, Defendants shall have 30 days to file a new motion to dismiss directed at the Amended Complaint setting forth all the grounds upon which Defendants seek dismissal. If the Jacksons file such a motion, the parties shall operate under the normal briefing schedule for motions to dismiss.

## **CONCLUSION**

Based on the foregoing, the Defendants' Motion to Dismiss [DE 7] is DENIED. Defendants shall have 30 days to file a new Motion to Dismiss directed at the claims in the Amended Complaint if they choose to do so.

Entered: July 23, 2019

s/ William C. Lee
United States District Court